**Tommy H. SPEECE, Appellant,**

v.

**MADISON MUTUAL INSURANCE COMPANY, Respondent.**

No. 53051.

Missouri Court of Appeals,
Eastern District,
Division Three.

Dec. 22, 1987.

**314**

Lawrence O. Willbrand, St. Louis, for appellant.

Mason W. Klippel, Clayton, for respondent.

## ORDER

PER CURIAM.

Tommy H. Speece appeals from the judgment of the trial court directing a verdict in favor of the insurance carrier Madison Mutual Insurance Company on appellant's claim of vexatious refusal to pay following the theft of his automobile. He also appeals that portion of the judgment of the trial court awarding him damages of $2,597.94. pursuant to the jury's verdict. We affirm. An extended opinion would serve no jurisprudential purpose. Rule 84.-16(b).